# Executive Grant of Clemency

To ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**I HEREBY GRANT** a full and unconditional pardon to the following named person for those offenses against the United States individually enumerated and set before me for my consideration:

Albert J. Pirro Jr.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to sign the grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this Twentieth day of January in the year of our Lord Two thousand and Twenty-one and of the Independence of the United States the Two hundred and Forty-fifth*

Donald J. Trump
President